■ In the Matter of LOUIS KLEIMAN (Admitted as LOUIS EDWIN KLEIMAN), a Disbarred Attorney. [614 NYS2d 119] —Motion for reinstatement granted only to the extent of referring the matter to the Departmental Disciplinary Committee for a hearing, as indicated. No opinion. Concur—Murphy, P. J., Sullivan, Carro, Kupferman and Ross, JJ.